## APPEARANCE FORM FOR PRO SE LITIGANTS
## DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS

Information entered on this form is required for any person filing a case in this court as a pro se party (that is, without an attorney).

NAME: William Moore + Yvonne Moore
(Please print)

STREET ADDRESS: 6219 W. Old Plank Blvd

CITY/STATE/ZIP: Matteson IL 60443

PHONE NUMBER: 708-720-5119

CASE NUMBER: 08CV596
JUDGE CASTILLO
MAGISTRATE JUDGE SCHENKIER

Signature: [William Moore] [Yvonne Moore]

Date: 1/28/08

FILED
JAN 2 8 2008  NF
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT