UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.0
Eastern Division

William D. Moore, et al.
                    Plaintiff,

v.                                          Case No.: 1:08−cv−00596
                                            Honorable Ruben Castillo

Washington Mutual Bank FA
                    Defendant.


NOTIFICATION OF DOCKET ENTRY


This docket entry was made by the Clerk on Thursday, March 6, 2008:

   MINUTE entry before Judge Ruben Castillo :Plaintiffs are directed to serve the defendant with a copy of the complaint. Parties to file a joint status report on or before 4/25/2008. The Court will hold a status hearing in open court on 4/30/2008 at 9:45 AM.Mailed notice(rao, )


**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.