**UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 3.1.3
Eastern Division**

William D. Moore, et al.
         Plaintiff,

v.              Case No.: 1:08−cv−00596
              Honorable Ruben Castillo

Washington Mutual Bank FA
         Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Wednesday, April 30, 2008:

  MINUTE entry before Judge Honorable Ruben Castillo:Status hearing held on 4/30/2008. Plaintiffs appeared. Status hearing continued to 6/12/2008 at 9:45 a.m. Parties to file a joint status report on or before 6/10/2008. Mailed notice(rao, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.