UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| William D. Moore and Yvonne Moore, | ) | |
| plaintiffs, | ) ) ) | |
| v. | ) ) | No. 08 C 596 |
| Washington Mutual Bank, | ) ) | Honorable Ruben Castillo |
| defendant. | ) ) | |

**WASHINGTON MUTUAL BANK'S**
**MOTION TO DISMISS THE COMPLAINT**

Washington Mutual Bank, by its attorney, Glenn E. Heilizer, pursuant to Fed. R. Civ. P. 12(b)(1), 12(b)(6), and 9(b), respectfully moves to dismiss the complaint. In support of this motion, Washington Mutual Bank states as follows:

1. This lawsuit arises from a mortgage loan transaction between plaintiffs and defendant Washington Mutual Bank. Plaintiffs allege they obtained the dismissal of two successive state court foreclosure lawsuits, based on the Bank's failure to comply with HUD consultation requirements. Plaintiffs further say they filed a claim with the Illinois Department of Human Rights, and apparently are unhappy with certain evidence presented in that proceeding.

2. The complaint asserts three federal claims -- under the Fair Debt Collection Practices Act, the Real Estate Settlement Procedures Act, and violation of Federal Housing Regulations -- and seven supplemental state law claims.

3. The Fair Debt Collection Practices Act claim (Count I) must be

dismissed, because defendant is not a debt collector, and because the claim is time-barred.

4. The Real Estate Settlement Procedures Act claim (Count II) must be dismissed because no violation of that statute is alleged.

5. The Federal Housing Regulations claim (Count III) must be dismissed, because those allegations do not give rise to an independent cause of action.

6. Additionally, the remaining state law claims (Counts IV, V, V#2, VI, VII, VIII, and VIII#2), must be dismissed for lack of subject matter jurisdiction. If the three federal claims are dismissed, supplemental jurisdiction should not be exercised.

7. Finally, even if plaintiffs' state laws claims are considered on their merits, they are independently defective, and must be dismissed.

8. Washington Mutual Bank incorporates its contemporaneously filed memorandum of law.

Wherefore, Washington Mutual Bank respectfully requests that the complaint be dismissed.

> WASHINGTON MUTUAL BANK
>
> By: *Glenn Heilizer*
>    One of its attorneys

Glenn E. Heilizer
Law Offices of Glenn E. Heilizer
Five North Wabash Avenue
Suite 1304
Chicago, Illinois 60602
312-759-9000

Dated:  May 27, 2008