UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| William D. Moore and Yvonne Moore, | ) | |
| | ) | |
| plaintiffs, | ) | |
| | ) | |
| v. | ) | No. 08 C 596 |
| | ) | |
| Washington Mutual Bank, | ) | Honorable Ruben Castillo |
| | ) | |
| defendant. | ) | |

### NOTICE OF MOTION

William Moore
Yvonne Moore
6219 West Old Plank Blvd
Matteson, IL  60443

      Please take notice that, on June 12, 2008 at 9:45 a.m., the undersigned shall appear before the Honorable Rubin Castillo, in Courtroom 2141, 219 South Dearborn Street, Chicago, Illinois and present the attached motion to dismiss the complaint, a copy of which hereby served on you.  **This is an existing status hearing date.**

### CERTIFICATE OF SERVICE

      The undersigned certifies that he caused copies of this notice of motion and motion to be served on William Moore and Yvonne Moore, 6219 West Old Plank Blvd Matteson, IL  60443 by United States mail this 27th day of May, 2008.

      WASHINGTON MUTUAL BANK

By: _/s/ Glenn Heilizer_____
      One of its attorneys

Glenn E. Heilizer
Law Offices of Glenn E. Heilizer
Five North Wabash Avenue, Ste. 1304
Chicago, Illinois 60602
312-759-9000
Dated:  May 27, 2008