LAW OFFICES

# GLENN E. HEILIZER

FIVE NORTH WABASH AVENUE
SUITE 1304
CHICAGO, ILLINOIS 60602

GLENN@HEILIZER.COM

312-759-9000
312-759-9190 FAX

June 3, 2008

William Moore
Yvonne Moore
6219 West Old Plank Blvd
Matteson, IL  60443

      Re:    Moore v. Washington Mutual Bank
              No. 08 C 596 (N.D. Ill.)

Dear Mr. and Mrs. Moore:

      Attached are (1) a draft joint status report; and (2) Rule 26 disclosures. Please review the joint status report, and provide any additions, changes, etc., so that I can furnish a copy to the Court. To save time, you can use my email address above.

                                  Very truly yours,

                                  Glenn E. Heilizer

Exhibit A