UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| William D. Moore and Yvonne Moore, | ) | |
| | ) | |
| plaintiffs, | ) | |
| | ) | |
| v. | ) | No. 08 C 596 |
| | ) | |
| Washington Mutual Bank, | ) | Honorable Ruben Castillo |
| | ) | |
| defendant. | ) | |

## NOTICE OF FILING

William Moore
Yvonne Moore
6219 West Old Plank Blvd
Matteson, IL  60443

      Please take notice that, on June 10, 2008, the undersigned caused to be filed Washington Mutual Bank's status report, a copy of which hereby served on you.

## CERTIFICATE OF SERVICE

      The undersigned certifies that he caused copies of this notice of filing and Washington Mutual Bank's status report to be served on William Moore and Yvonne Moore, 6219 West Old Plank Blvd, Matteson, IL  60443 by United States mail this 10th day of June, 2008.

WASHINGTON MUTUAL BANK

By: _/s/ Glenn Heilizer_____

One of its attorneys

Glenn E. Heilizer
Law Offices of Glenn E. Heilizer
Five North Wabash Avenue, Ste. 1304
Chicago, Illinois 60602
312-759-9000

Dated:  June 10, 2008