UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 3.2.1
Eastern Division

William D. Moore, et al.
                              Plaintiff,

v.                                              Case No.: 1:08−cv−00596
                                                Honorable Ruben Castillo

Washington Mutual Bank FA
                              Defendant.


## NOTIFICATION OF DOCKET ENTRY


This docket entry was made by the Clerk on Thursday, June 12, 2008:

    MINUTE entry before the Honorable Ruben Castillo:Status hearing held on 6/12/2008 and continued to 8/5/2008 at 9:45 a.m. Plaintiffs are given until 7/14/2008 to respond to defendant's motion to dismiss [10] or file an appropriate amended complaint. Defendant's reply will be due on or before 7/28/2008. The Court will rule on 8/5/2008 at 9:45 AM.Mailed notice(rao, )


**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.