UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1
Eastern Division

William D. Moore, et al.
                        Plaintiff,

v.　　　　　　　　　　　　　　　　　Case No.: 1:08−cv−00596
　　　　　　　　　　　　　　　　　　　Honorable Ruben Castillo

Washington Mutual Bank FA
                        Defendant.

**ORDER REFERRING A CIVIL CASE TO THE
DESIGNATED MAGISTRATE JUDGE**

      Pursuant to Local Rule 72.1, this case is hereby referred to the calendar of Magistrate Judge Honorable Sidney I. Schenkier for the purpose of holding proceedings related to: settlement conference.(rao, )Mailed notice.

Dated: June 12, 2008

                                                  /s/ Ruben Castillo

                                                United States District Judge