FILED
JUL 14 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| WILLIAM MOORE AND YVONNE MOORE ) <br> Plaintiffs, ) <br> v. ) <br> ) <br> WASHINGTON MUTUAL BANK, FA, ) <br> Defendant. ) | 08 C 596 <br><br> HONORABLE RUBEN CASTILLO |

## NOTICE OF MOTION

To:   Glen Heilizer, Esq.
      Law Offices of Glen Heilizer
      Five North Wabash Avenue, Ste. 1304
      Chicago, IL  60602

PLEASE TAKE NOTICE that on July 23, 2008, at 9:45 a.m. I shall appear before the Honorable Judge Ruben Castillo, in Room 2141 of the U.S. District Court, 219 S. Dearborn, St., Chicago, Illinois, and present the attached Motion for an Enlargement of Time and to Join and Additional Party Defendant. A copy of which is hereby served upon you.

_____
One of the Plaintiffs

## CERTIFICATE OF SERVICE

I, William Moore, certify that I served the above listed individual(s) the attached filing by mailing a copy to Defendant's attorney at the address listed above on July 14, 2008.

_____
One of the Plaintiffs

**WILLIAM and YVONNE MOORE**
6219 W. Old Plank Blvd.
Matteson, IL  60443
708-268-3495