UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| William D. Moore and Yvonne Moore, | ) | |
| | ) | |
| plaintiffs, | ) | |
| | ) | |
| v. | ) | No. 08 C 596 |
| | ) | |
| Washington Mutual Bank, | ) | Honorable Sidney I. Schenkier |
| | ) | |
| defendant. | ) | |

**WASHINGTON MUTUAL BANK'S**
**<u>MOTION TO SET STATUS HEARING</u>**

Washington Mutual Bank, by its attorney, Glenn E. Heilizer, respectfully moves for the setting of a status hearing, to address certain settlement conference issues. In support of this motion, Washington Mutual Bank states as follows:

1.      On June 11, 2008, Judge Castillo issued a referral order to this Court, "for the purpose of holding proceedings related to: settlement conference."

2.      On July 11, 2008, counsel for Washington Mutual Bank received a telephone message from one of the plaintiffs, Yvonne Moore, indicating that a tentative settlement conference had been set in this matter, for August 28, 2008.

3.      Counsel for Washington Mutual Bank was unable to reach Yvonne Moore in person, at the number provided, but left Ms. Moore a message.  Counsel indicated that August 28 was not available due to previously scheduled court proceedings, and requested that Ms. Moore call back to discuss dates, and any other information received from the Court.

4.      Ms. Moore did not return counsel's telephone call, but instead left a message, on the evening of July 16, that an alternative date -- August 29 -- had been selected by the Court.

5.      Washington Mutual Bank respectfully requests the setting of a status date, to discuss the scheduling of a settlement conference and certain related matters.  The resolution of those issues may affect the availability of Washington Mutual Bank's counsel and its representative on certain dates.

6.      Additionally, there is a representation-related matter that counsel for Washington Mutual Bank wishes to raise at a status hearing, prior to the scheduling of a settlement conference.

7.      Because this motion is being noticed for the same date that the parties will be appearing before Judge Castillo, no party will be inconvenienced by the presentation of this motion.

8.      Pursuant to the Court's standing order regarding motion practice, Washington Mutual Bank states that this motion is not a joint motion.

Wherefore, Washington Mutual Bank respectfully requests that a status date be held, to discuss settlement conference issues.

WASHINGTON MUTUAL BANK

By: _Glenn Heilizer_
       One of its attorneys

Glenn E. Heilizer
Law Offices of Glenn E. Heilizer
Five North Wabash Avenue
Suite 1304
Chicago, Illinois 60602
312-759-9000

Dated:  July 17, 2008