UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| William D. Moore and Yvonne Moore, | ) | |
| | ) | |
| plaintiffs, | ) | |
| | ) | |
| v. | ) | No. 08 C 596 |
| | ) | |
| Washington Mutual Bank, | ) | Honorable Ruben Castillo |
| | ) | |
| defendant. | ) | |

### NOTICE OF MOTION

William Moore
Yvonne Moore
6219 West Old Plank Blvd
Matteson, IL  60443

     Please take notice that, on July 23, 2008 at 8:30 a.m., the undersigned shall appear before the Honorable Sidney I. Schenkier, in Courtroom 1700, 219 South Dearborn Street, Chicago, Illinois and present the attached motion to set status hearing, a copy of which hereby served on you.

### CERTIFICATE OF SERVICE

     The undersigned certifies that he caused copies of this notice of motion and motion to be served on William Moore and Yvonne Moore, 6219 West Old Plank Blvd Matteson, IL  60443 by United States mail this 17th day of July, 2008.

                                           WASHINGTON MUTUAL BANK

                                           By: _____
                                                  One of its attorneys

Glenn E. Heilizer
Law Offices of Glenn E. Heilizer
Five North Wabash Avenue, Ste. 1304
Chicago, Illinois 60602
312-759-9000
Dated:  July 17, 2008