UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

William D. Moore and Yvonne Moore,  )
                            )
          plaintiffs,        )
                            )
v.                         )       No. 08 C 596
                            )
Washington Mutual Bank,       )       Honorable Ruben Castillo
                            )
          defendant.       )

**WASHINGTON MUTUAL BANK'S RESPONSE TO PLAINTIFFS' MOTION FOR
<u>ENLARGEMENT OF TIME AND FOR LEAVE TO JOIN ADDITIONAL PARTY</u>**

        Though extensions of time frequently are requested and given, without objection, this should not be one of those times.  For the following reasons, Washington Mutual Bank objects to plaintiffs' motion for enlargement of time.

        1.      This lawsuit arises from a mortgage loan transaction between the parties.  Plaintiffs seek damages here, but are defendants in a pending state court foreclosure case, <u>Washington Mutual Bank v. Moore</u>, No. 08 CH 11441 (Cir. Ct. Cook Co., Ill.)

        2.      On June 3, 2008, plaintiffs, already past their response date in the state foreclosure case, obtained a five week extension, until July 11, 2008, to respond to the state complaint.  (Exhibit A.)  On the July 11 response date, plaintiffs again moved for an extension, and scheduled the motion for presentiment in another five weeks, August 19.  (Exhibit B.)

3.     Plaintiffs' state court extension motion attempts to use this federal lawsuit as a basis for further delay.  (Exh. B at 2.)  According to plaintiffs, the "issues . . . in the federal complaint arose out of the same transaction or occurrence" as the state foreclosure, and this federal case "challenge[s] [the Bank's] right to pursue the foreclosure action against [plaintiffs]."  (Id.)  Plaintiffs continue that a settlement conference has been ordered by this Court, and that "the settlement conference will provide a means to resolve the dispute that has arisen between the parties . . . ."  (Id.)  Plaintiffs ask to stay the state foreclosure, pending completion of the federal settlement conference.  (Id. at 3.)

4.     Plaintiff's federal motion for extension takes a different position than the state court motion.  (Exhibit C.)  Here, plaintiffs say they need more time, not for settlement purposes, but to retain counsel.  (Id.)  Plaintiff William Moore already asked the Court for more time to retain counsel, in open court on June 12, and the Court limited plaintiffs to thirty additional days.  Plaintiffs' new request provides no change in circumstances or other proper basis for an extension.[1]

5.     Plaintiffs' allegations regarding their efforts to to retain counsel, moreover, are insufficient.  Although each plaintiff has appeared pro se, plaintiff William Moore is an Illinois-licensed attorney who "works in the area of Public Interest Law as an Affordable Housing Rights Advocate, that assists low to moderate income tenants improve their living conditions."  (Exhibit D.)  Plaintiffs clearly are moving forward with

---

[1]   On June 12 the Court also gave plaintiffs the opportunity to amend the complaint.  Plaintiff William Moore declined.

substantial legal  decisions on their own, without counsel, as they acknowledge the Fair

Debt Practices Act claim cannot lie against the Bank, and express opinions about new

parties they want to sue.  (Exh. C at 2.)  Their  professed "difficulty with contacting

and/or receiving a response from  . . . legal counsel" (Exh. C at 1) is a vacant assertion

that does not justify a further extension.

       5.     This is delay for delay's sake, plain and simple.  Plaintiffs want to

curb the state foreclosure with a stay order in favor of this federal lawsuit, then seek

unwarranted continuances here.  Plaintiffs already have been given seven weeks to

respond to the motion to dismiss.  Enough is enough.

       For those reasons, Washington Mutual Bank requests that plaintiffs motion

for extension be denied.

                WASHINGTON MUTUAL BANK

                By: _____
                    One of its attorneys

Glenn E. Heilizer
Law Offices of Glenn E. Heilizer
Five North Wabash Avenue
Suite 1304
Chicago, Illinois 60602
312-759-9000

Dated:  July 18, 2008