Order (2/24/05) CCG N002

## IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS

Washington Mutual Bank

v.

William Moore et al

No. 08CH11441

### ORDER

This cause is coming on to be heard on Defendants Motion to Quash + or file app. Vacate Technical Default + Leave to Answer or Plead.

IT IS ORDERED:

① Defendant is granted 38 days and up and until July 11, 2008 to Answer or otherwise plead.

② Defendants motion to Quash is Withdrawn.

Atty. No.: 37273

Name: William D. Moody

Atty. for: Defendants

Address: P.O. Box 403

City/State/Zip: Matteson IL 60443

Telephone: 708-268-3495

ENTERED:

Dated:

**ENTERED**
JUDGE JESSE REYES - 1753
JUN 03 2008
DOROTHY BROWN
CLERK OF THE CIRCUIT COURT
OF COOK COUNTY, IL
DEPUTY CLERK

Judge / Judge's No. 1753

EXHIBIT A

DOROTHY BROWN, CLERK OF THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS

IN THE CIRCUIT COURT OF COOK COUNTY, ILLNOIS
COUNTY DEPARTMENT, CHANCERY DIVISION

| | |
|---|---|
| WASHINGTON MUTUAL, ) | |
| Plaintiffs, ) | 08 CH 11441 |
| v. ) | |
| ) | |
| MOORE et., al. ) | |
| Defendants. ) | |

## NOTICE OF MOTION

To:   Fisher and Shapiro, LLC
4201 Lake Cook Road
Northbrook, IL 60062

PLEASE TAKE NOTICE that on ~~Feb~~ 8/19, at 9:45 a.m. I shall appear before the Honorable Presiding Judge Jesse Reyes, in Room 2809 of the Richard J. Daley Center, 50 W. Washington St., Chicago, Illinois, and present the attached Motion for an Extension of Time and/or Stay of Proceedings.  A copy of which is hereby served upon you.

_William Moore_
Attorney for Plaintiff

## CERTIFICATE OF SERVICE

I, William D. Moore, certify that I served the above listed individual(s) the attached filing by mailing a copy to Defendants' attorney at the address listed above on July 12, 2008.

_William M._
One of Plaintiff's Attorneys

**WILLIAM D. MOORE**
**Attorney for the Plaintiff**
**P.O. Box 403**
**Matteson, IL  60443**
**708-268-3495**
**Firm No. 37273**

EXHIBIT B

IN THE CIRCUIT COURT OF COOK COUNTY, ILLNOIS
COUNTY DEPARTMENT, CHANCERY DIVISION

| | |
|---|---|
| WASHINGTON MUTUAL , <br> Plaintiffs, <br> v. <br><br> MOORE et., al. <br> Defendants. | 08 CH 11441 |

## MOTION FOR AN EXTENSION OF TIME, AND/OR STAY OF PROCEEDINGS

Now come the Defendants, by and through their attorney William D. Moore, pursuant to Supreme Court Rule 183 for and extension of time to file their Answer or otherwise plead to Plaintiff's Complaint and/or a Stay of Proceedings. In support of this Motion, Defendants state as follows:

1. On June 3, 2008, Defendants were granted leave to file their Answer to Plaintiff's Complaint including and until July 11, 2008.

2. Defendants have also filed a complaint against Plaintiffs. Said complaint is currently pending in the U.S. District Court under case number 08 CV 00596. The issues alleged by Defendants in the federal complaint arose out of the same transaction or occurrence and challenge Plaintiff's right to pursue the foreclosure action against defendants.

3. After reviewing and/or hearing the basis of Defendants' complaint, U.S. District Judge, Ruben Castillo referred the matter to Magistrate Judge Sidney I Schenkier "for the purposes of holding proceedings related to: settlement conference."

4. Said conference is tentatively scheduled for August 28, 2008, pending confirmation from Plaintiff's counsel.

5. Defendants believe that the settlement conference will provide a means to resolve the dispute that has arisen between the parties, and therefore seek for an extension and/or stay of these proceedings until after said date.

6. Defendants request for an extension of time is not made for the purposes of

harassment, or disregard for the Court's authority to administer and control its own docket.

7. The granting of Defendants' motion will be for good cause shown and judicial economy, and will not cause any prejudice to Plaintiff.

WHEREFORE, the Defendants respectfully requests that this honorable Court:

A.   Enter an order granting them and Extension of Time in which to Answer or Otherwise Plead to Plaintiff's Complaint;

B.   Stay the Proceedings in this Action, until such time after August 28, 2008;

C.   Such other relief that is just and equitable.

Respectfully Submitted,

_____
One of Plaintiff's Attorneys

**WILLIAM D. MOORE**
**Attorney for the Plaintiff**
**P.O. Box 403**
**Matteson, IL  60443**
**708-268-3495**
**Firm No. 37273**

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

**RECEIVED**
JUL 14 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

| | | |
|---|---|---|
| **WILLIAM MOORE AND YVONNE MOORE** | ) | |
| Plaintiffs, | ) | 08 C 596 |
| v. | ) | |
| | ) | HONORABLE RUBEN CASTILLO |
| **WASHINGTON MUTUAL BANK, FA,** | ) | |
| Defendant. | ) | |

### NOTICE OF MOTION

To: Glen Heilizer, Esq.
Law Offices of Glen Heilizer
Five North Wabash Avenue, Ste. 1304
Chicago, IL 60602

PLEASE TAKE NOTICE that on July 23, 2008, at 9:45 a.m. I shall appear before the Honorable Judge Ruben Castillo, in Room 2141 of the U.S. District Court, 219 S. Dearborn, St., Chicago, Illinois, and present the attached Motion for an Enlargement of Time and to Join and Additional Party Defendant. A copy of which is hereby served upon you.

_____
One of the Plaintiffs

### CERTIFICATE OF SERVICE

I, William Moore, certify that I served the above listed individual(s) the attached filing by mailing a copy to Defendant's attorney at the address listed above on July 14, 2008.

_____
One of the Plaintiffs

**WILLIAM and YVONNE MOORE**
**6219 W. Old Plank Blvd.**
**Matteson, IL 60443**
**708-268-3495**

EXHIBIT C

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

RECEIVED
JUL 14 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

WILLIAM MOORE AND YVONNE MOORE  )
    Plaintiffs,  )  08 C 596
    v.  )
    )  HONORABLE RUBEN CASTILLO
WASHINGTON MUTUAL BANK, FA,  )
    Defendant.  )

## MOTION FOR AN ENLARGMENT OF TIME AND TO JOIN AN ADDITONAL PARTY DEFENANT

Now come the Plaintiffs, William Moore and Yvonne Moore, pursuant to Federal Rule 6 (b)(1) for and Enlargement of Time of thirty (30) days from the filing of this motion, to File a Response to Defendants Motion to Dismiss, and Plaintiff's Motion to Join an Additional Party Defendant, pursuant to Federal Rule 20. In support of this Motion, Plaintiffs state as follows:

1. On June 12, 2008, Plaintiffs were given until July 14, 2008 to respond to Defendant's Motion to Dismiss.

2. Plaintiffs have sought the assistance legal counsel in this matter, and have tendered various documents to counsel for review. However, Plaintiffs have experienced difficulty with contacting and/or receiving a response from said legal counsel.

3. Due to the delay, Plaintiffs will need additional time to respond to Defendant's Motion to Dismiss and/or file an amended complaint in this matter.

4. Plaintiff's request for an extension of time is not made for the purposes of harassment, or disregard for the Court's authority to administer and control its own docket.

5. At the time of filing their responsive pleading, Plaintiffs expect that they will need to add an additional defendant in this matter, because Defendant, Washington Mutual, has indicated that it is not a debt collector as defined by the Fair Debt Collection Practices

Act. For this reason, Plaintiffs seek to join its Fisher and Shapiro, LLC as a Party defendant because of the actions taken by Fisher and Shapiro, LLC against Plaintiffs, as agent for Defendant. See <u>Tolentino v. Friedman</u>, 46 F.3d 645 (7th Cir. 1995), where the Court held that a lawyer engaged in consumer debt collection was a "debt collector" and not exempt from the requirements of the Act.

6. Rule 20 of the Federal Rules of Civil Procedure states in part that "all persons . . . may be joined in one action as defendants if there is asserted against them jointly, severally, or in the alternative, any right to relief in respect of or arising out of the same transaction, occurrence, or series of transactions or occurrences and if any question of law or fact common to all defendants will arise in the action."

7. The granting of Plaintiffs' motion will be for good cause shown and judicial economy, and will not cause any prejudice to Defendant.

WHEREFORE, the Plaintiffs respectfully request that this honorable Court:

A. Enter an order granting them and Extension of Time in which to File a Responsive Pleading to Defendant's Motion to Dismiss;

B. Enter an order granting Plaintiffs Leave to Add Fisher and Shapiro as a Party Defendant;

C. Such other relief that is just and equitable.

Respectfully Submitted,

_____
William and Yvonne Moore

**WILLIAM & YVONNE MOORE**
**Plaintiffs**
6219 W. Old Plank Blvd.
Matteson, IL 60443
708-268-3495

IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
MUNICIPAL DEPARTMENT, FIRST DISTRICT

| | |
|---|---|
| WILLIAM MOORE, | ) |
|     *Plaintiff,* | ) |
| | ) No. 06 CH 05010 |
| vs. | ) |
| | ) |
| VILLAGE OF DIXMOOR, | ) |
| a municipal corporation, and | ) |
| FRED CODY, individually and as | ) |
| agent and/or employee of the | ) |
| Village of Dixmoor, | ) |
|     *Defendants.* | ) |

FILED 8-17
2006 OCT 24 PM 3:02
DOROTHY BROWN
CLERK OF THE CIRCUIT COURT
OF COOK COUNTY, IL

### FIRST AMENDED COMPLAINT

NOW COMES Plaintiff, **WILLIAM MOORE**, by and through his attorney William D. Moore, complaining of Defendant(s), **VILLAGE OF DIXMOOR**, a municipal corporation and **FRED CODY** individually and as agent and/or employee of the Village of Dixmoor and states as follows:

### Count I
### Violation of Due Process

1. At all times material hereto, Plaintiff is the owner of a real property situated at 14225 S. Wood Street, Village of Dixmoor, Illinois County of Cook (hereinafter, the premises). Photographs of the premises are attached hereto as **Group Exhibit A**.

2. Plaintiff, William Moore is also an attorney that works in the area of Public Interest Law as an Affordable Housing Rights Advocate, that assists low to moderate income tenants improve their living conditions. Plaintiff has appeared in both the First and Sixth Municipal Districts of Cook County advocating on behalf of tenants.

3. Defendant, Village of Dixmoor is a municipal corporation organized under the laws of the State of Illinois.

4. On information and belief, at all times material hereto, Fred Cody, is the agent and or employee and Building Inspector for the Village of Dixmoor.



EXHIBIT D