UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| William D. Moore and Yvonne Moore, | ) | |
| | ) | |
| plaintiffs, | ) | |
| | ) | |
| v. | ) | No. 08 C 596 |
| | ) | |
| Washington Mutual Bank, | ) | Honorable Ruben Castillo |
| | ) | |
| defendant. | ) | |

## NOTICE OF FILING

William Moore
Yvonne Moore
6219 West Old Plank Blvd
Matteson, IL  60443

        Please take notice that, on July 18, 2008, the undersigned caused to be filed Washington Mutual Bank's response to plaintiff's motion for extension, a copy of which hereby served on you.

## CERTIFICATE OF SERVICE

        The undersigned certifies that he caused copies of this notice of filing and Washington Mutual Bank's status report to be served on William Moore and Yvonne Moore, 6219 West Old Plank Blvd, Matteson, IL  60443 by United States mail this 18th day of July, 2008.

                                WASHINGTON MUTUAL BANK


                                By: _____
                                        One of its attorneys

Glenn E. Heilizer
Law Offices of Glenn E. Heilizer
Five North Wabash Avenue, Ste. 1304
Chicago, Illinois 60602
312-759-9000
Dated:  July 18, 2008