**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1**
**Eastern Division**

William D. Moore, et al.
                                    Plaintiff,

v.                                                   Case No.: 1:08–cv–00596
                                                           Honorable Ruben Castillo

Washington Mutual Bank FA
                                    Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Wednesday, July 23, 2008:

      MINUTE entry before the Honorable Ruben Castillo:Motion hearing held on 7/23/2008. Plaintiffs' motion for an enlargement of time and to join an additional party defendant [18] is denied. Defendant's motion to dismiss [10] is granted. Plaintiffs' complaint is dismissed without prejudice. Plaintiffs are granted leave to file any appropriate amended complaint on or before 8/25/208. The Court will hold a status hearing on 8/27/2008 at 9:45 a.m. Status hearing set for 8/5/2008 is vacated.Mailed notice(rao, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.