UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| William D. Moore and Yvonne Moore,  )<br>)<br>plaintiffs,  )<br>)<br>v.  )<br>)<br>Washington Mutual Bank,  )<br>)<br>defendant.  ) | <br><br><br><br>No. 08 C 596<br><br>Honorable Ruben Castillo |

## NOTICE OF MOTION

Alex Ogoke
Cardinal Law Group, P.C.
100 W. Monroe Street, Ste. 711
Chicago, IL 60603

     Please take notice that, on August 27, 2008 at 9:45 a.m., the undersigned shall appear before the Honorable Ruben Castillo, in Courtroom 2141, 219 South Dearborn Street, Chicago, Illinois and present the attached motion to dismiss the amended complaint, a copy of which hereby served on you.  **This is an existing status hearing date.**

## CERTIFICATE OF SERVICE

     The undersigned certifies that he caused copies of this notice of motion and motion to be served on Alex Ogoke, Cardinal Law Group, P.C., 100 W. Monroe Street, Suite 711, Chicago, IL 60603 by United States mail this 15th day of August, 2008.

WASHINGTON MUTUAL BANK

By: _____
One of its attorneys

Glenn E. Heilizer
Law Offices of Glenn E. Heilizer
Five North Wabash Avenue, Ste. 1304
Chicago, Illinois 60602
312-759-9000
Dated:  August 15, 2008