## CERTIFICATE OF SERVICE

The undersigned, one of the attorneys for Washington Mutual Bank, certifies that he caused copies of the following documents to be served on the following parties by United States mail this 15th day of August, 2008:

    Washington Mutual Bank's memorandum in support of
    motion to dismiss amended complaint

Alex Ogoke
Cardinal Law Group, P.C.
100 W. Monroe Street, Ste. 711
Chicago, IL 60603

_____
GLENN E. HEILIZER