# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1
### Eastern Division

William D. Moore, et al.
                            Plaintiff,

v.                                                  Case No.: 1:08−cv−00596
                                                       Honorable Ruben Castillo

Washington Mutual Bank FA
                            Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, August 27, 2008:

      MINUTE entry before the Honorable Ruben Castillo:Status hearing held on 8/27/2008. Plaintiffs' response to defendant's motion to dismiss amended complaint [28] is due on or before 9/18/2008. Defendant's reply will be due on or before 9/29/2008. The Court will rule by mail.Mailed notice(rao, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.