UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 3.2.1
Eastern Division

William D. Moore, et al.
                              Plaintiff,

v.                                                   Case No.: 1:08−cv−00596
                                                               Honorable Ruben Castillo

Washington Mutual Bank FA
                              Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, August 27, 2008:

      MINUTE entry before the Honorable Sidney I. Schenkier: Telephone status hearing held. Based on the settlement letters the parties exchanged and the parties' comments during the telephone status hearing, the Court concludes that the parties are not ready to participate meaningfully in a settlement conference. Accordingly, the settlement conference set for 09/02/08 is stricken, and the referral is terminated. Telephone notice(mmm, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.